IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES J. DAVIS,

    Plaintiff,

v.

WILLIAM GEE,

    Defendant.

JUDGMENT IN A CIVIL CASE

14-cv-617-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of defendant William Gee and dismissing this case.

/s/                                                    7/6/2017

Peter Oppeneer, Clerk of Court               Date